The Hon. Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN HOLMQUIST,<br><br>    Defendant,<br><br>and<br><br>JOSHUA HINDS,<br><br>    Third Party Claimant. | NO. CR22-180-LK<br><br>[PROPOSED]<br><br>**ORDER GRANTING UNITED STATES' MOTION FOR SCHEDULING ORDER TO GOVERN THIRD-PARTY CLAIM** |

THIS MATTER comes before the Court on the United States' Motion for Scheduling Order to Govern a Third-Party Claim.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, including the relevant claim (Dkt. No. 422), hereby finds entry of an order setting a discovery schedule, a motions deadline, and a hearing date as to the Ruger Security-9 pistol, bearing serial number 383-03286, with a loaded magazine attached, and two additional loaded magazines (the "Ruger Security-9"), is appropriate. The Court may permit discovery and entertain motions related to third-party

Scheduling Order to Govern Third-Party Claim- 1
*United States v. Holmquist,* CR22-180-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

claims pursuant to Federal Rule of Criminal Procedure 32.2(c)(1) and, to the extent an evidentiary hearing on a third-party claim is required, the Court conducts that hearing pursuant to 21 U.S.C. § 853(n)(2) and (4) - (6).

NOW, THEREFORE, THE COURT ORDERS:

1) The United States and Joshua Hinds may engage in discovery related to Mr. Hinds' asserted interest in the Ruger Security-9. The discovery period closes on **September 4**, **2025;**

2) Thereafter, the United States and Mr. Hinds shall file any dispositive motions no later than **November 4, 2025**; and

3) If necessary, an evidentiary hearing will be held on Mr. Hinds' claim to the Ruger Security-9 at a date and time to be determined by the Court.

IT IS SO ORDERED.

DATED this 19th day of March, 2025.

*Lauren King*
THE HON. LAUREN KING
UNITED STATES DISTRICT JUDGE

Presented By:

 s/Karyn S. Johnson
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Scheduling Order to Govern Third-Party Claim- 2
*United States v. Holmquist,* CR22-180-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970