The Hon. Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>RYAN HOLMQUIST,<br><br>　　　　　Defendant,<br><br>and<br><br>JOSHUA HINDS,<br><br>　　　　　Third-Party Claimant. | NO. CR22-180-LK<br><br>**STIPULATION AND [PROPOSED] ORDER SETTLING THIRD-PARTY CLAIM**<br><br>NOTE ON MOTION CALENDAR:<br>June 12, 2025 |

The United States and Third-Party Claimant Joshua Hinds present the following Stipulation and proposed Order to settle Mr. Hinds' asserted interest in one Ruger Security-9 pistol, bearing serial number 383-03286, with a loaded magazine attached, and two additional loaded magazines (hereinafter, the "Ruger/Magazines") that were forfeited by Defendant Ryan Holmquist in this case.

## I. BACKGROUND

Defendant Ryan Holmquist agreed to forfeit his interests in the Ruger/Magazines as well as three boxes of ammunition and miscellaneous loose rounds of ammunition (the "Ammunition"), pursuant to the plea agreement he entered on July 5, 2025. Dkt. No. 267.

Stipulation and [Proposed] Order - 1
*United States v. Holmquist,* CR22-180-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Prior to Defendant's sentencing, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in the Ruger/Magazines and the Ammunition. Dkt. No. 328. As required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the Preliminary Order of Forfeiture and its intent to dispose of the Ruger/Magazines and Ammunition in accordance with governing law. Dkt. No. 367. That notice informed any third parties claiming an interest in the Ruger/Magazines or the Ammunition that they were required to file a petition with the Court within 60 days of the date of the notice's first publication on September 25, 2024. *Id.*

As required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States sent notice and a copy of the Preliminary Order of Forfeiture to Joshua Hinds, as he appeared to be a potential claimant to the Ruger/Ammunition based on the underlying investigative materials. *See* Declaration of Assistant United States Attorney Karyn S. Johnson in Support of Motion for Final Order of Forfeiture ("Johnson Decl.") (Dkt. No. 456), ¶ 4 and Exhibit B. The United States also sent notice of the pending forfeitures to an individual with the initials A.H. and to American Family Insurance. *Id.*, ¶ 4 and Exhibits A and C. The last of the mailed notice letters was delivered on or about April 21, 2025. *Id.*

Mr. Hinds filed a claim to the Ruger/Magazines, in which he asserted he is the rightful owner of this property. *See* Dkt. No. 422. In his claim, Mr. Hinds advised that the property had been stolen from him. *Id.*

No competing claims to the Ruger/Magazines have been filed, and the period for doing so expired on or about November 24, 2024, for the published notice, and May 21, 2025, for direct notice.

## II.   STIPULATION

The United States and Mr. Hinds HEREBY STIPULATE to the following:

Stipulation and [Proposed] Order - 2
*United States v. Holmquist,* CR22-180-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. In support of his Claim, Mr. Hinds asserts that he is the rightful owner of the Ruger/Magazines. Mr. Hinds provided documentation showing that he had purchased for the Ruger/Magazines on or about March 13, 2020, from Spectyr Industries.

2. The information provided by Mr. Hinds is consistent with information contained in the firearms trace report for the Ruger/Magazines ("Tracing Report") prepared by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). The Tracing Report confirms that Mr. Hinds was the last individual to purchase the Ruger/Magazines from a Federal Firearms Licensee ("FFL") and further confirms that Mr. Hinds purchased the Ruger/Magazines from Spectyr Industries Corp. ("SIC"), a FFL, in 2020.

3. Mr. Hinds asserts that in June of 2022, he reported the theft of the Ruger/Magazines to the King County Sheriff's Office and provided a case number, C22017037. Mr. Hinds asserts that he submitted a claim to his insurance company, American Family Insurance, regarding the theft of this property, however, his insurance company did not provide any compensation for the claim. Mr. Hinds provided documentation showing that the submitted the claim.

4. Mr. Hinds asserts that he does not know the Defendant or how Defendant acquired the Ruger/Magazines.

5. The Federal Bureau of Investigation has confirmed that Mr. Hinds has no identifiable criminal history precluding him from possession a firearm at this time.

6. Mr. Hinds affirms that neither he nor any person living in his residence is prohibited from possessing a firearm.

7. Based on the information and affirmations reflected in Paragraphs 1–6, above, the United States agrees that Mr. Hinds had a vested interest in the Ruger/Magazines, pursuant to 21 U.S.C. § 853(n)(6)(A), before Defendant Ryan Holmquist possessed them.

Stipulation and [Proposed] Order - 3
*United States v. Holmquist,* CR22-180-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

8. The United States recognizes Mr. Hinds' vested interest in the Ruger/Magazines and agrees to release this property to Mr. Hinds following the criminal proceedings in this case, to include any criminal appeal. The seizing agency, FBI, will affect the return of the Ruger/Magazines to Mr. Hinds.

9. Mr. Hinds understands the Ruger/Magazines constitute evidence in this case and cannot be returned prior to the completion of these criminal proceedings, to include any criminal appeal.

10. Mr. Hinds understands and agrees the Ruger/Magazines will be returned to him in their current condition, as they were seized from Defendant in this case.

11. Mr. Hinds understands and agrees that this Stipulation fully and finally resolves his claim to the Ruger/Magazines. Mr. Hinds waives any right to further litigate or pursue his claim, in this or any other proceeding, judicial or administrative.

12. Upon return of the Ruger/Magazines, Mr. Hinds agrees to release and hold harmless the United States, its agents, representatives, and/or employees, as well as any involved state or local law enforcement agencies, their agents, representatives, and/or employees, from any and all claims Mr. Hinds may possess, or that could arise, based on the seizure, detention, and return of the Ruger/Magazines.

13. The United States and Mr. Hinds agree they will each bear their own costs and attorneys' fees associated with the seizure, detention, and return of Ruger/Magazines, as well as with Mr. Hinds' claim and this Stipulation.

///

///

Stipulation and [Proposed] Order - 4
*United States v. Holmquist,* CR22-180-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

14. The United States and Mr. Hinds agree that the terms of this Stipulation are subject to review and approval by the Court, as provided in the proposed Order below. If the Court enters the proposed Order, a violation of any term or condition of this Stipulation shall be construed to be a violation of that Order.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

DATED: June 12, 2025

  s/ Karyn S. Johnson
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

DATED: June 11, 2025

  s/Joshua Hinds
JOSHUA HINDS*
Third-Party Claimant
Duvall, WA
*Signed by AUSA Johnson on behalf of Joshua Hinds per email authorization on June 11, 2025

Stipulation and [Proposed] Order - 5
United States v. Holmquist, CR22-180-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# [PROPOSED] ORDER

The Court has reviewed the above Stipulation between the United States and Third-Party Claimant Joshua Hinds, settling the interest Mr. Hinds has asserted in the Ruger/Magazines, Dkt. No. 422, that were forfeited by Defendant Ryan Holmquist in this case, Dkt. No. 328.

The Court HEREBY APPROVES the Stipulation and Settlement and its terms.

IT IS SO ORDERED.

DATED this 16th day of June, 2025.

*[signature: Lauren King]*

THE HON. LAUREN KING
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order - 6
United States v. Holmquist, CR22-180-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2025, I electronically filed the foregoing Stipulation and Proposed Order Settling Third-Party Claim to Firearm with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

I hereby further certify that on June 12, 2025, I served the foregoing Notice on the following parties who are not participating in ECF, at the addresses listed below, by U.S. First Class Mail and/or by electronic mail, as indicated:

Joshua Hinds
▮▮▮▮▮▮▮▮
Duvall, WA 98019
▮▮▮▮▮▮▮@gmail.com

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: (206) 553-6934
Hannah.Williams2@usdoj.gov

Stipulation and [Proposed] Order - 7
*United States v. Holmquist,* CR22-180-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970